USCA1 Opinion

 

 February 28, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1774  FAROUK O. MARTINS, Plaintiff, Appellant, v. CHARLES HAYDEN GOODWILL INN SCHOOL, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ____________________ Farouk Martins on brief pro se. ______________ Andrew L. Matz and Stoneman, Chandler & Miller on brief for ________________ ______________________________ appellee. ____________________ ____________________ Per Curiam. We have reviewed the parties' briefs and __________ the record on appeal. We affirm the district court judgment of July 17, 1995, granting summary judgment for the defendant, essentially for the reasons stated at the close of the hearing held July 6, 1995, transcript pages 34-48, and the memorandum and order, dated July 17, 1995. We add only that there was neither error of law nor abuse of discretion in the district court's earlier vacatur of a default order entered against defendant as it correctly concluded that plaintiff had not properly served his original complaint and, in any event, that original complaint failed to state a claim within the jurisdiction of the court, as it inadequately alleged racial discrimination as its basis. Affirmed. _________